IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| Y. SCOTT MOORE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of the State of Nebraska (Filing No. 11) for leave to amend the motion to dismiss (Filing No. 9) and the brief in support (Filing No. 10) to include defendant Rajeev Chaturvedi, MBBS, in the group of state defendants. The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that the motion is granted. Rajeev Chaturvedi is deemed added to the list of defendants in the motion and brief referred to in the motion as if originally named therein.

DATED this 7th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court