IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| Y. SCOTT MOORE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to drop specific defendants (Filing No. 13). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Eugene Oliveto, Cynthia Petersen, Roberto Alves, Marco Baquero and James Allison are dismissed as defendants in this action.

DATED this 13th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court