IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| Y. SCOTT MOORE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on defendant Dr. Mario Scalora's motion for leave to amend answer (Filing No. 41).  The Court notes plaintiff has no objection and finds the motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted.  Defendant Dr. Mario Scalora shall have until March 6, 2015, to file an amended answer.

DATED this 26th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court