IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| Y. SCOTT MOORE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to amend the complaint (Filing No. 44), motion to reconsider (Filing No. 38), and motion to extend deadline to submit the meet and confer report (Filing No. 45).  Counsel for the state defendants, except counsel for Mario Scalora, have no objection to filing an amended complaint.  In addition, plaintiff and defendants other than Mario Scalora agree that filing an amended complaint moots the motion to reconsider.

Mario Scalora is "not unopposed" to the filing of an amended complaint (*Id.* at 1).  However, Mario Scalora has not filed a response or objection to the plaintiff's motion.  The Court finds that the plaintiff's motion should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiff shall have until April 17, 2015, to file an amended complaint.

2) The motion to reconsider is denied as moot.

3) The motion to extend deadline to submit the meet and confer report is granted.  The parties shall have thirty (30) days after the defendants have filed an answer to the amended complaint to submit their report.

DATED this 9th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court