IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| Y. SCOTT MOORE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on plaintiff's motion to extend deadline to submit meet and confer report (Filing No. 59). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until September 28, 2015, to submit their Rule 26(f) report.

DATED this 12th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court