IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3142 |
| | ) | |
| v. | ) | |
| | ) | |
| Y. SCOTT MOORE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of William L. Tannehill of Wolfe, Snowden, Hurd, Luers & Ahl to withdraw as counsel for Klaus Hartmann, M.D. (Filing No. 71). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; William L. Tannehill is deemed withdrawn as counsel for Klaus Hartmann, M.D. The clerk of court shall remove his name from CM/ECF.

DATED this 8th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court