IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| JOHN MAXWELL MONTIN, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:14CV3142 |
| v. | ) | |
| Y. SCOTT MOORE, et al., | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend time to reply to Filing No. 77 and Filing No. 79 (Filing No. 86). The Court, noting defendants have no objection, finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until December 30, 2015, to reply to defendant's motion for judgment on the pleadings and defendant McCoy's motion for partial summary judgment.

DATED this 10th day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court